**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angelina Geiger aka Angelina Wilson<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 20-13311 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE2, Asset-Backed Certificates, Series 2005-HE2 and index same on the master mailing list.

                                                  Respectfully submitted,

                                                /s/Rebecca A. Solarz
                                                Rebecca Solarz
                                                19 Aug 2020, 11:59:23, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322