IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ANGEILNA GEIGER,       :       CHAPTER 13

                                    :

                                    :       CASE NO.:20-13311

        DEBTOR(S).        :

## CERTIFICATION OF SERVICE

      I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Plan, filed on 8/27/2020, upon the following individuals listed below, by electronic means and/or first class mail on 8273/2020.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Angelina Geiger
1119 N. 63rd Street
Philadelphia, PA 19151

ALL CREDITORS ON THE MATRIX
ALL ATTORNEYS ON RECORD

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                          Respectfully Submitted,

                          /s/ Michelle Lee
                          Michelle Lee, Esquire
                          Margolis Edelstein
                          The Curtis Center
                          170 S. Independence Mall W.
                          Suite 400E
                          Philadelphia, PA 19106

{00388052;v1}