United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Angelina Geiger
        Debtor

Case No. 20-13311-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 2              Date Rcvd: Sep 04, 2020
                             Form ID: 309I             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db              +Angelina Geiger,   1119 North 63rd Street,   Philadelphia, PA 19151-3209
14527242        +Amex/dsnb,   Po Box 8218,   Mason, OH 45040-8218
14527248        +Lending Club Corp,   595 Market St,   San Francisco, CA 94105-2807
14529196        +MIDLAND CREDIT MANAGEMENT, INC.,   PO BOX 2037,   WARREN, MI 48090-2037
14527249        +PGW,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2806
14527250        +Philadelphia Fed Cr Un,   12800 West Townsend,   Philadelphia, PA 19154-1095
14527251        +Police And Fire Fcu,   901 Arch Street,   Philadelphia, PA 19107-2495
14527252        +Police and Fire Federal Credit Union,   901 Arch Street,   Philadelphia, PA 19107-2495
14527253        +Select Portfolio Svcin,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
14527255         Toyota Motor Credit,   111 W 22nd St,   Oakbrook, IL 60521
14534465        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: mlee@margolisedelstein.com Sep 05 2020 03:54:55     GEORGETTE MILLER,
                 Margolis Edelstein,   The Curtis Center,   170 S. Independence Mall W,   Suite 400,
                 Philadelphia, PA  19106
tr              +E-mail/Text: bncnotice@ph13trustee.com Sep 05 2020 04:01:46     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Sep 05 2020 03:55:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2020 03:55:28
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2020 03:55:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 05 2020 03:55:38     Frederic J. Baker,
                 Office of United States Trustee,   200 Chestnut Street,   Suite 502,
                 Philadelphia, PA 19106-2908
14527241        +EDI: AMEREXPR.COM Sep 05 2020 07:38:00     Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
14527243        +EDI: CAPITALONE.COM Sep 05 2020 07:38:00     Capital One Bank Usa N,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
14527244        +EDI: CITICORP.COM Sep 05 2020 07:38:00     Citicards Cbna,   Po Box 6217,
                 Sioux Falls, SD 57117-6217
14527245        +EDI: WFNNB.COM Sep 05 2020 07:38:00     Comenitybk/farmersvs,   Po Box 182789,
                 Columbus, OH 43218-2789
14533070        +EDI: DISCOVER.COM Sep 05 2020 07:38:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany OH 43054-3025
14527246        +EDI: DISCOVER.COM Sep 05 2020 07:38:00     Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
14527254        +EDI: RMSC.COM Sep 05 2020 07:38:00     Syncb/lowes,   Po Box 956005,   Orlando, FL 32896-0001
14535315         E-mail/Text: jennifer.chacon@spservicing.com Sep 05 2020 04:01:52     U.S. Bank NA, et al,
                 c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                          TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14527247         First Premier Bank
aty*            +WILLIAM C. MILLER, Esq.,   Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                      TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                              Signature:  /s/Joseph Speetjens

District/off: 0313-2      User: Keith           Page 2 of 2          Date Rcvd: Sep 04, 2020
                     Form ID: 309I      Total Noticed: 25

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:

      GEORGETTE  MILLER   on behalf of Debtor Angelina  Geiger mlee@margolisedelstein.com,
      georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
      fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
      REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America,
      NA, successor in interest to LaSalle Bank National Association, on behalf of the registered
      holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                  TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Angelina Geiger** | Social Security number or ITIN **xxx–xx–4487** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13  8/11/20** |
| Case number: | **20–13311–mdc** | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Angelina Geiger | |
| 2. | **All other names used in the last 8 years** | aka Angelina Wilson | |
| 3. | **Address** | 1119 North 63rd Street Philadelphia, PA 19151 | |
| 4. | **Debtor's attorney** Name and address | GEORGETTE MILLER Margolis Edelstein The Curtis Center 170 S. Independence Mall W Suite 400 Philadelphia, PA 19106 | Contact phone 856 –323–1100 Email:  mlee@margolisedelstein.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 9/4/20 |

**For more information, see page 2**

Debtor **Angelina Geiger**                                                                 Case number **20–13311–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 30, 2020 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/29/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/20/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/7/21** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $250.00 per month for 36 months. The plan is enclosed. The hearing on confirmation will be held on: **10/15/20** at **09:30 AM** , Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |