UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: Angelina Geiger | |
| Debtors | |
| Toyota Motor Credit Corporation | BK NO. 20-13311-mdc |
| Movant | |
| v. | CHAPTER 13 |
| Angelina Geiger | |
| Respondent | |

**OBJECTION OF TOYOTA MOTOR CREDIT CORPORATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Toyota Motor Credit Corporation ("Movant"), by it Attorney, Leopold & Associates, PLLC, objects to the confirmation of the Debtor's Chapter 13 Plan as follows:

1. On January 6, 2020, the Debtor entered into an Agreement which was secured by a 2011 Audi Q5 with VIN #WA1DKAFP6BA024428.

2. On September 1, 2020, Movant filed a secured proof of claim seting forth a total secured debt of $16,058.60 with an interest rate of 11%.

3. The Debtor's Plan fails to provide for any treatment of the Movant's secured claim.

4. The Movant's claim cannot be modified under the plan as the debt was originated less the 910 days prior to the filing of this bankruptcy and cannot be modified pursuant to 11 U.S.C.§1325(a) hanging paragraph.

5. The Debtor's Plan does not propose any payments to Movant which does not satisfy the claimed secured amount due to Movant in the amount of $16,058.60.

6. Accordingly, Movant objects to Debtor's plan as it is not feasible in that it does not fully compensate the Movant's secured claim.

7. In addition, the plan fails to comply with the requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Movant pray that the Court denies the confirmation of the Debtor's plan and grant any other such further relief at law or in equity as is just.

Date: September 8, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No.
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant

Case 20-13311-mdc Doc 17 Filed 09/08/20 Entered 09/10/20 13:49:04 Desc Main
Document Page 1 of 2

Case 20-13311-mdc Doc 17-1 Filed 09/08/20 Entered 09/10/20 13:49:04 Desc Main
Service List Certificate of Service Page 1 of 2 Page 3 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angelina Geiger<br>        Debtors(s) | |
| Toyota Motor Credit Corporation<br>        Movant<br>    v.<br>Angelina Geiger<br>        Respondent | BK NO. 20-13311-mdc<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

  I, Robert Wendt, attorney for Movant, do hereby certify that true and correct copies of the foregoing Objection to Confirmation of Debtor's Chapter 13 Plan have been served on September 8, 2020, by first class mail, and/or electronic means upon those listed below:

Georgette Miller, Esq.
Margolis Edelstein
*Attorney for Debtor*
The Curtis Center
170 S Independence Mall W
Suite 400
Philadelphia, PA 19106

William C Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Date: September 8, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No.
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant