UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Angelina Geiger
Bankruptcy No. 20-13311 mdc
Adversary No.
Chapter          13

Date:   September 21, 2020

To:         Michelle Lee, Esq.

## NOTICE OF INACCURATE FILING

Re:  #23 Pre-Confirmation Certification of Compliance

The above pleading was filed in this office on **9/24/2020.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( **XX**)   Debtor's name does not match case number listed
( )   Debtor's name and case number are missing
( )   Wrong PDF document attached
( )   PDF document  not legible
( )   Notice of Motion/Objection
( )   Electronic Signature missing

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  Y. Woods
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04