UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angelina Geiger<br><br>　　　　　　　　　Debtors(s) | |
| Toyota Motor Credit Corporation<br><br>　　　　　　　　　Movant<br>　　　　v.<br>Angelina Geiger<br><br>　　　　　　　　　Respondent | BK NO. 20-13311-mdc<br><br>CHAPTER 13 |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Kindly withdraw the Objection of to the Confirmation of Debtor's Chapter 13 Plan, which was filed with the Court on or about September 10, 2020 at Docket # 19.

Date: November 9, 2020

　　　　　　　　　　　　　　　　　　　　　/s/ *Robert Wendt*, Esquire
　　　　　　　　　　　　　　　　　　　　　By: Robert Wendt, Esquire
　　　　　　　　　　　　　　　　　　　　　rwendt@leopoldassociates.com
　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 89150
　　　　　　　　　　　　　　　　　　　　　Leopold & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　80 Business Park Drive, Suite 110
　　　　　　　　　　　　　　　　　　　　　Armonk, New York 10504
　　　　　　　　　　　　　　　　　　　　　(914)-219-5787
　　　　　　　　　　　　　　　　　　　　　Attorney for Movant