# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-13311-MDC

ANGELINA GEIGER

1119 NORTH 63RD STREET

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANGELINA GEIGER

1119 NORTH 63RD STREET

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-

Date: 2/12/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee