IN **THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
 **ANGELINA GEIGER,** : **CHAPTER 13**
 :
**DEBTOR(S).** : **CASE NO.: 20-13311**

**CERTIFICATION OF SERVICE**

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Plan, filed on 3/24/2021, upon the following individuals listed below by electronic means and/or first class mail on 3/25/2021.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Angelina Geiger
1119 N. 63rd Street
Philadelphia, PA 19151

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the**
**ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and**
**downloading from the Court's ECF system, and that such electronic filing automatically**
**generates a Notice of Electronic filing constituting service of the filed document upon all**
**of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all**
**parties that have requested service of papers in this case.**

Respectfully Submitted,
Date: 3/25/2021                                                                                     /s/ Michelle Lee
Michelle Lee, Esq.
Margolis Edelstein
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 1910