IN **THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANGELINA GEIGER,    :    CHAPTER 13

                         :

DEBTOR(S).    :    CASE NO.: 20-13311

**CERTIFICATION OF SERVICE**

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Plan, filed on 6/23/2021, upon the following individuals listed below by electronic means and/or first class mail on 6/25/2021.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

Angelina Geiger
1119 N. 63rd Street
Philadelphia, PA 19151


**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the**
**ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

                                                Respectfully Submitted,

Date: 6/25/2021    /s/ Michelle Lee
                                                    Michelle Lee, Esq.
                                                    Margolis Edelstein
                   170 S. Independence Mall W., Suite 400E
                                              Philadelphia, PA 1910