United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13311-mdc |
| Angelina Geiger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 31, 2022 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelina Geiger, 1119 North 63rd Street, Philadelphia, PA 19151-3209 |
| 14527242 | + | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 14527249 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14527250 | + | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14527251 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14538968 | + | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14527252 | + | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14527253 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14535315 |   | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14531452 | + | U.S. Bank NA, successor trustee to Bank of America, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14531785 | + | US Bank, NA, successor to, Bank of America, NA, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14536824 | | Email/PDF: bncnotices@becket-lee.com | Mar 31 2022 23:48:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14527241 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2022 23:48:14 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14537300 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 31 2022 23:48:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14527243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2022 23:48:10 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14527244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 23:48:15 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14527245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2022 23:41:00 | Comenitybk/farmersvs, Po Box 182789, Columbus, OH 43218-2789 |
| 14533070 | | Email/Text: mrdiscen@discover.com | Mar 31 2022 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14527246 | + | Email/Text: mrdiscen@discover.com | Mar 31 2022 23:41:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14550576 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2022 23:48:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14527248 | + | Email/Text: Documentfiling@lciinc.com | Mar 31 2022 23:41:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 14550373 | + | Email/Text: Documentfiling@lciinc.com | Mar 31 2022 23:41:00 | Lending Club Corporation, 595 Market Street,, Suite 200, San Francisc, CA 94105-2802 |
| 14529196 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 31 2022 23:41:00 | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |
| 14549501 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| | | Mar 31 2022 23:48:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|
| 14551242 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 31 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14527254 | + Email/PDF: gecsedi@recoverycorp.com | Mar 31 2022 23:48:18 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14527255 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 31 2022 23:41:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14534465 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 31 2022 23:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527247 | | First Premier Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| GEORGETTE MILLER | on behalf of Debtor Angelina Geiger Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JOSEPH R. LOVERDI | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank NA successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT PATRICK WENDT | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 31, 2022 | Form ID: 155 | Total Noticed: 28 |

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
   on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION ycaplow@dilworthlaw.com
   ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Angelina Geiger
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−13311−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 31st of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

      Magdeline D. Coleman
      Chief Judge ,
      United States Bankruptcy Court

100
Form 155