Certificate Number: 15317-PAE-DE-040056140

Bankruptcy Case Number: 20-13311



15317-PAE-DE-040056140

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 4, 2025, at 8:22 o'clock PM PDT, Angelina Geiger completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 4, 2025                By:   /s/Philip Sta. Teresa

Name:   Philip Sta. Teresa

Title:   Certified Counselor