L.B.F 2016-3A
"Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of
Expenses in Chapter 13 Case

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  ) Chapter 13
**Angelina Geiger** )
 )
 ) Bky. No. 20-13311
**Debtor(s)** )

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

*Name of applicant* applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on **8/11/20**.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ☐ above median (the amount on line 15 is not less than the amount on line 16).

    ☑ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $ **4000** for providing the following services: (*Description of Services*) does not include services related to loan modification

    Timeslips available: Litigated MFR with multiple hearings and witness prep. Settled 2 days before trial since appraiser disappeared and the original appraiser retired.

6. Applicant requests reimbursement of expenses in the amount of $ **800** for the following expenses: *(Description of Expenses)*. $85 credit reports; postage $56.80

    Realty Appraisal 1 to P Trent $325 - Trent, by law, had to surrender license once retired. Had to obtain a 2nd appraisal b/c of contested MFR based on value of real estate. Total was 750 but refunded 425 b/c could no longer testify

    Realty Appraisal 2 to M Stephens $250 never received report; forced to settle MFR & work on loan modification

    Vehicle Appraisal: $100 to M Harper

7. The debtor paid Applicant $ **500** prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $___4000___ in compensation and of $__800____ in reimbursement of actual, necessary expenses.

| | |
|---|---|
| Dated: **1/28/2026** | Signed: **/s/ Michelle Lee** |
| | Applicant |
| | By: **Michelle Lee** |
| | Name: **Dilworth Paxson LLP** |
| | Address: **1650 Market Street, Phila PA 19103** |
| | Phone No.: **856-323-1100** |
| | Fax no.: **856-494-7801** |
| | Email Address: |

2