**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angelina Geiger                                    CHAPTER 13

      DEBTOR(S)                                    BANKRUPTCY NO: 20-13311

<u>**CERTIFICATION OF NO RESPONSE**</u>

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>January 28, 2026</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.

Dated: February 11, 2025                    <u>/s/ Michelle Lee, Esq.</u>
                                         Dilworth Paxson LLP
                                         1650 Market Street, Suite 1200
                                       Philadelphia, PA 19103