**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Angelina Geiger : 

: Chapter 13

:

: Case No. 20-13311

:

Debtor(s).       :

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Application for Compensation ("the Application")

filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper

service has been made on all interested parties and upon the Applicant's certification of no

response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $ 4000.00

and $800.00 in expenses.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an

administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11

U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less

$500.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under

the terms of the confirmed Chapter 13 plan.

Date:  _____          _____

Bankruptcy Judge