United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-13311-djb

Angelina Geiger                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID               Recipient Name and Address**
db                 +  Angelina Geiger, 1119 North 63rd Street, Philadelphia, PA 19151-3209

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

**Name**                                  **Email Address**

ANNE M. AARONSON
                                 on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
                                 mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;shenry@dilworthlaw.com

DENISE ELIZABETH CARLON
                                 on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National
                                 Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ
                                 on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                                 Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu jkatz@raslg.com

JOSEPH R. LOVERDI
                                 on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION SmithJ3@PFFCU.org  divellod@pffcu.org

KENNETH E. WEST
                                 ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                         User: admin                                Page 2 of 2

Date Rcvd: Feb 24, 2026                      Form ID: pdf900                            Total Noticed: 1

MICHELLE LEE
        on behalf of Debtor Angelina Geiger bky@dilworthlaw.com

MICHELLE L. MCGOWAN
        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
        Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu mimcgowan@raslg.com

ROBERT PATRICK WENDT
        on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
        LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
        on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION YCaplow@nylag.org
        ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com


TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Angelina Geiger | : | |
| | : | Chapter 13 |
| | : | |
| | : | Case No. 20-13311 |
| | : | |
| Debtor(s). | : | |

**ORDER TO ALLOW COUNSEL FEES**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1.    The Application is **GRANTED**.

2.    Compensation is **ALLOWED** in favor of the Applicant in the amount of $ 4000.00 and $800.00 in expenses.

3.    The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $500.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date:    **February 24, 2026**
_____          _____
                                                                        Bankruptcy Judge