**Fill in this information to identify the case:**

Debtor 1    **ANGELINA GEIGER**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                                 (State)

Case Number    **20-13311-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   POLICE AND FIRE FEDERAL CREDIT UNION      **Court claim no.** (if known):
     10

**Last 4 digits** of any number you use to identify the debtor's account:    7   4   L   0

**Property Address:**    1119 NORTH 63RD STREET
                    Number      Street

                    Philadelphia                        PA      19151
                    City                             State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | **Amount** |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 28,986.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 28,986.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 28,986.00 |

**Part 4:    Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.    Total amount of postpetition payments disbursed by the trustee as of date of notice:                $_____ -0-

b.    The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:                $_____ -0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West                                                                  Date    03/18/2026
Signature

Trustee        Kenneth E. West
                First Name              Middle Name              Last Name

Address        190 N. Independence Mall West, Suite 701
                Number          Street

                Philadelphia                                      PA        19106
                City                                                State      ZIP Code

Contact phone    (215) 627-1377                        Email  info@ph13trustee.com

| Debtor 1 | **ANGELINA  GEIGER** | | Case Number **20-13311-DJB** | Page 1 |
| | Name | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 04/12/2022 | 3008673 | Disbursement To Creditor/Principal | 462.94 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 05/11/2022 | 3010036 | Disbursement To Creditor/Principal | 462.94 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 06/09/2022 | 3011285 | Disbursement To Creditor/Principal | 462.94 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 07/12/2022 | 3012575 | Disbursement To Creditor/Principal | 462.94 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 08/16/2022 | 3013884 | Disbursement To Creditor/Principal | 462.94 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 10/11/2022 | 3016212 | Disbursement To Creditor/Principal | 925.88 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 11/15/2022 | 3017498 | Disbursement To Creditor/Principal | 1,012.05 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 12/13/2022 | 3018755 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 02/08/2023 | 3021180 | Disbursement To Creditor/Principal | 1,076.40 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 03/09/2023 | 3022438 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 04/12/2023 | 3023689 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 05/09/2023 | 3024949 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 06/13/2023 | 3026130 | Disbursement To Creditor/Principal | 1,076.40 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 07/13/2023 | 3027265 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 08/15/2023 | 3028407 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3029588 | Disbursement To Creditor/Principal | 717.60 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 11/09/2023 | 3031578 | Disbursement To Creditor/Principal | 462.94 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4001292 | Disbursement To Creditor/Principal | 2,001.86 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4002198 | Disbursement To Creditor/Principal | 702.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 03/12/2024 | 4003120 | Disbursement To Creditor/Principal | 351.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4004035 | Disbursement To Creditor/Principal | 702.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 05/13/2024 | 8000134 | Disbursement To Creditor/Principal | 702.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 06/14/2024 | 8000162 | Disbursement To Creditor/Principal | 1,053.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 07/17/2024 | 8000188 | Disbursement To Creditor/Principal | 702.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 08/14/2024 | 8000215 | Disbursement To Creditor/Principal | 702.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 09/11/2024 | 8000240 | Disbursement To Creditor/Principal | 351.00 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 10/16/2024 | 8000267 | Disbursement To Creditor/Principal | 1,056.90 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 11/13/2024 | 8000295 | Disbursement To Creditor/Principal | 354.90 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 12/11/2024 | 8000322 | Disbursement To Creditor/Principal | 709.80 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 01/15/2025 | 8000348 | Disbursement To Creditor/Principal | 1,064.70 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 02/12/2025 | 8000374 | Disbursement To Creditor/Principal | 354.90 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 03/12/2025 | 8000406 | Disbursement To Creditor/Principal | 709.80 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 04/15/2025 | 8000434 | Disbursement To Creditor/Principal | 1,064.70 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 05/14/2025 | 8000461 | Disbursement To Creditor/Principal | 709.80 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 06/11/2025 | 8000487 | Disbursement To Creditor/Principal | 354.90 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 07/16/2025 | 8000521 | Disbursement To Creditor/Principal | 1,064.70 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 08/13/2025 | 8000563 | Disbursement To Creditor/Principal | 709.80 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 09/10/2025 | 8000601 | Disbursement To Creditor/Principal | 354.90 |
| 10 | POLICE AND FIRE FEDERAL ( | Secured Mortgage Paid In Full R/E | 02/11/2026 | 8000797 | Disbursement To Creditor/Principal | 1,317.77 |

Total for Claim Number 10: 28,986.00

**Total for Part 3 - b (Prepetition Arrears):** **28,986.00**