United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                               Case No. 20-13311-djb

Angelina Geiger                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3

Date Rcvd: Mar 19, 2026                       Form ID: 138OBJ                       Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelina Geiger, 1119 North 63rd Street, Philadelphia, PA 19151-3209 |
| 14531785 | + | US Bank, NA, successor to, Bank of America, NA, c/o Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14536824 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 02:04:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14527241 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 02:04:14 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14527242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:03:55 | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 14537300 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14527243 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14527244 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:03:55 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14527245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2026 01:46:00 | Comenitybk/farmersvs, Po Box 182789, Columbus, OH 43218-2789 |
| 14533070 | | Email/Text: mrdiscen@discover.com | Mar 20 2026 01:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14527246 | + | Email/Text: mrdiscen@discover.com | Mar 20 2026 01:45:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14550576 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14527248 | + | Email/Text: Documentfiling@lciinc.com | Mar 20 2026 01:45:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-5839 |
| 14550373 | + | Email/Text: Documentfiling@lciinc.com | Mar 20 2026 01:45:00 | Lending Club Corporation, 595 Market Street,, Suite 200, San Francisc, CA 94105-5839 |
| 14529196 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2026 01:46:00 | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |
| 14527249 | ^ | MEBN | Mar 20 2026 01:43:28 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |

District/off: 0313-2                              User: admin                                  Page 2 of 3

Date Rcvd: Mar 19, 2026                          Form ID: 138OBJ                              Total Noticed: 29

| | | | |
|---|---|---|---|
| 14549501 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:03:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14551242 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14527250 | + Email/Text: CollectionsDept@PFCU.COM | Mar 20 2026 01:45:00 | Philadelphia Fed Cr Un, 12800 West Townsend, Philadelphia, PA 19154-1095 |
| 14527251 | + Email/Text: bankruptcy1@pffcu.org | Mar 20 2026 01:45:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14527252 | + Email/Text: bankruptcy1@pffcu.org | Mar 20 2026 01:45:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14538968 | + Email/Text: bankruptcy1@pffcu.org | Mar 20 2026 01:45:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14527253 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2026 01:46:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14527254 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14527255 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 20 2026 01:45:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
| 14534465 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 20 2026 01:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14535315 | ^ MEBN | Mar 20 2026 01:44:04 | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14531452 | ^ MEBN | Mar 20 2026 01:43:24 | U.S. Bank NA, successor trustee to Bank of America, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14527247 | | First Premier Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 19, 2026                       Form ID: 138OBJ                                Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;shenry@dilworthlaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu jkatz@raslg.com |
| JOSEPH R. LOVERDI | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION SmithJ3@PFFCU.org  divellod@pffcu.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE LEE | on behalf of Debtor Angelina Geiger bky@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu mimcgowan@raslg.com |
| ROBERT PATRICK WENDT | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| YONIT A. CAPLOW | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION YCaplow@nylag.org ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com |

TOTAL: 11

*Form 138OBJ* (6/24)−doc 131 − 127

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Angelina Geiger                          )          Case No. 20−13311−djb
   aka Angelina Wilson                      )
                   )
   Debtor(s).                               )          Chapter: 13
                   )
                   )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026                                          For The Court

                                                      Mohung Wong
                                                      Clerk of Court