United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 20-13311-djb

Angelina Geiger                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2

Date Rcvd: Mar 19, 2026                       Form ID: 234                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID            Recipient Name and Address**
db              +  Angelina Geiger, 1119 North 63rd Street, Philadelphia, PA 19151-3209

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:

**Name**                          **Email Address**

ANNE M. AARONSON
                                  on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
                                  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;shenry@dilworthlaw.com

DENISE ELIZABETH CARLON
                                  on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National
                                  Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ
                                  on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                                  Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu jkatz@raslg.com

JOSEPH R. LOVERDI
                                  on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION SmithJ3@PFFCU.org  divellod@pffcu.org

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2 User: admin Page 2 of 2

Date Rcvd: Mar 19, 2026 Form ID: 234 Total Noticed: 1

MICHELLE LEE
        on behalf of Debtor Angelina Geiger bky@dilworthlaw.com

MICHELLE L. MCGOWAN
        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
        Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu mimcgowan@raslg.com

ROBERT PATRICK WENDT
        on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
        LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
        on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION YCaplow@nylag.org
        ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Angelina Geiger

     Debtor(s)            Case No:20−13311−djb

                   Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

               For The Court

               Mohung Wong
               Clerk of Court

Date: 3/19/26