United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Angelina Geiger

    Debtor

Case No. 20-13311-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Angelina Geiger, 1119 North 63rd Street, Philadelphia, PA 19151-3209

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

**Name**      **Email Address**

ANNE M. AARONSON

     on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com

JORDAN MATTHEW KATZ

     on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu jkatz@raslg.com

JOSEPH R. LOVERDI

     on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION SmithJ3@PFFCU.org  divellod@pffcu.org

KENNETH E. WEST

     ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

     on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-2                           User: admin                                    Page 2 of 2

Date Rcvd: Jul 02, 2026                        Form ID: 195                                   Total Noticed: 1

MICHELLE LEE
                    on behalf of Debtor Angelina Geiger bky@dilworthlaw.com  ksheronas@dilworthlaw.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                    Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                    Association, as trustee, on behalf of the registered holders of Bear Stearns Asset Backed Secu rshearer@raslg.com

ROBERT PATRICK WENDT
                    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
                    LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

YONIT A. CAPLOW
                    on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION YCaplow@nylag.org
                    ctomlin@dilworthlaw.com;mdolan@dilworthlaw.com


TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13


Angelina Geiger                                           : Case No. 20−13311−djb

        Debtor(s)


### ORDER
_____

    AND NOW, this day , July 1, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                By The Court

                Derek J Baker
                Judge, United States Bankruptcy Court

Form 195