Fill in this information to identify the case:

Debtor 1 <u>Angelina Geiger</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Eastern District Of Pennsylvania</u>

Case number <u>20-13311</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change                                                  12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE2, Asset-Backed Certificates, Series 2005-HE2

**Court claim no**. (if known): <u>4</u>

**Last four digits** of any number you use to identify the debtor's account:   8396

**Date of payment change:** <u>06/01/2023</u>
Must be at least 21 days after date of this notice

**New total payment:**     $ <u>1588.99</u>

Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>541.80</u>          **New escrow payment:** $<u>701.39</u>

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %          **New interest rate:** _____ %
   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 1

Debtor 1  <u>Angelina Geiger</u>   Case Number (*If known*): 20-13311
    First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michael P. Farrington    Date  May 3, 2023
Signature

Print: Michael P. Farrington    Title  Attorney for Creditor
   First Name   Middle Name  Last Name

Company:  KML Law Group, P.C.

Address:  701   Market Street, Suite 5000
   Number   Street

Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone  (215) 627–1322    Email  mfarrington@kmllawgroup.com