# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Angelina Geiger aka Angelina Wilson**<br>                                    **Debtor(s)** | **BK NO. 20-13311 MDC**<br><br>**Chapter 13** |
| **U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2005-HE2, Asset-Backed Certificates, Series 2005-HE2**<br>                                    **Movant**<br>**vs.**<br><br>**Angelina Geiger aka Angelina Wilson**<br>                                    **Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>                                    **Trustee** | **Related to Claim No. Claim 4-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 3, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Angelina Geiger aka Angelina Wilson
1119 North 63rd Street
Philadelphia, PA 19151

Attorney for Debtor(s) (via ECF)
Georgette Miller, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Trustee (via ECF)
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail

Dated: May 3, 2023

                                      */s/ Michael P. Farrington*
                                      Michael P. Farrington Esq.
                                      Attorney I.D. 329636
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      (215) 825-6488
                                      mfarrington@kmllawgroup.com